




CHAMPIONS OF LIBERTY

Heather N. Pinckney
*Director*

Rudolph Acree, Jr.
*Deputy Director*

BOARD OF TRUSTEES

Jonathan L. Stern
*Chairperson*

*Vacant*
*Vice Chairperson*

Barry Caldwell

Joseph P. Caleb

Lisa Greenman

Brandi Harden

Larry Moon, Jr.

Bonnie Politz

Michael Satin

Deborah Shore

Leslie T. Thornton

Sylvie Volel

633 Indiana Avenue, NW
Washington, DC 20004
Tel (202) 628-1200
(800) 341-2582
TTY (202) 824-2531
Fax (202) 824-2784
www.pdsdc.org

**MEMORANDUM**

August 10th, 2023

To: Carmen Hernandez, Esquire
Counsel for Travis Haney

From: Pamela Sheppard, LPC[1]
Forensic Professional Counselor
Office of Rehabilitation and Development

Re: **Travis Haney**
**Crim. Action No: 1:21CR00359-001**

**Proposed Community Treatment Plan**

This memorandum is intended to provide counsel and the Court with a proposed treatment plan for Mr. Travis Haney who is scheduled for sentencing on Tuesday, August 15th, 2023.

Mr. Haney is a thirty-five-year-old man who has spent the last few years struggling to manage his symptoms related to his mental illness and substance use. Recognizing his need for clinical intervention and support in his recovery, Mr. Haney is eager to engage in comprehensive behavioral health services in the community following his release.

The recommended services outlined in this memorandum will provide Mr. Haney with the therapeutic support needed to address his mental health symptoms, co-occurring substance abuse, and help him move forward successfully.

**Mental Health History and Recommended Services**

Mr. Haney has been open with this writer about his struggles with his mental health in the past. He has received treatment intermittently throughout his adult life for psychiatric symptoms and it is my clinical assessment that he currently meets criteria for a diagnosis of bipolar disorder.

Mr. Haney has been prescribed medication for brief periods of time to improve and control his psychiatric symptoms. However, prior to his arrest in this case he was not receiving the necessary services and medication to address this condition. Since that time, however, he has developed improved insight into his condition and is motivated to fully participate in the recommended community treatment in the should his release be granted by the Court.

[1] I have been a Licensed Professional Counselor in DC for the last 10 years. Prior to PDS, I supervised an Assertive Community Treatment (ACT) team at Community Connections working with individuals diagnosed with serious mental illness, substance abuse, and related issues.

Mr. Haney is being recommended to receive psychiatric services upon his release from the jail to include psychotropic medication, therapeutic counseling, and case management. It is essential that these services are provided by clinicians well-versed in dual-diagnosis treatment since his mental health and substance abuse are so closely linked. Mr. Haney will be connected to a DC Department of Behavioral Health Core Service Agency (CSA)[2], for psychiatric services. His clinicians will provide case management and psychiatric care while consistently evaluating those services to ensure they are and continue to meet Mr. Haney's clinical needs.[3] Upon release, he will be immediately be connected and scheduled for an in-person intake and medication management appointment with a psychiatrist.

In addition to the services described above, Mr. Haney will continue to work with PDS's Office of Rehabilitation and Development. This writer has been assigned to Mr. Haney's case, has been working with him throughout this period of incarceration, and is committed to assisting him with navigating these appointments, ensuring a smooth transition and connections to these new, more robust and holistic, services.

**Substance Abuse History and Recommended Services**

As is common for many individuals with chronic mental illness, Mr. Haney has a history of using drugs and alcohol to self-medicate his intrusive mental health symptoms. In the past, these substances have provided him with immediate relief from psychiatric symptoms and emotional turmoil, however Mr. Haney acknowledges that psychiatric medication works better as a salve for his distress and plans to continue that treatment upon his release to the community. It is worth noting that ACT services provide dual-diagnosis treatment as they understand the link between mental health and substance use. Mr. Haney will receive harm reduction counseling, work with his team to develop healthier coping strategies, and referrals to specific programming if deemed clinically appropriate.

Additionally, Mr. Haney has interviewed with, and been conditionally accepted into the Salvation Army's Adult Rehabilitation Center (ARC) program[4], a six-month long rehabilitative program focusing on recovering from substance abuse. This writer facilitated a virtual interview at the DC Jail with Mr. Keith Peete, intake coordinator at the ARC. Mr. Haney was fully engaged in the interview and Mr. Peete deemed Mr. Haney an "excellent candidate" for the program and is confident he is ready to focus on sober wellness. This program is comprehensive, providing Mr. Haney with immediate housing, individual and group counseling, NA and AA meetings up to four times per week, psychosocial groups addressing life skills, mindfulness, mandatory employment within the warehouse or store, recreational and fitness facilities, seminars and educational presentations, and supervised community outings. The program also

---

[2] Instead of providing direct services, DBH contracts with community-based providers to provide mental health services.

[3] A spectrum of services in DC exist to support individuals if they begin to require an increase in intensity and/or frequency of services. Mr. Haney can, and will, be referred to an ACT team should he require additional supports to remain successful in the community. Please see the attached document outlining the spectrum of mental health rehabilitation services (MHRS).

[4] See attached explanation of services.

facilitates a transition to supportive or independent housing after completion of the program. This will ensure Mr. Haney has a safe place to reside upon his eventual graduation from the program.

**Family Support**

Mr. Haney has a supportive relationship with his immediate family and they have expressed a desire and willingness to support Mr. Haney on his path to recovery upon release from incarceration. He is welcome back to his brother's home, although due to the residential services in place he would only be visiting with his family after he is granted day passes from his program, which would not happen for at least the first 90 days. Mr. Haney's family members will be able to visit with him at the program after the first 30 days and he looks forward to those visits.

**Medical**

Mr. Haney previously had Medicaid, and upon release he will immediately contact the READY Center[5], getting assigned a Department of Human Services (DHS) case manager who will assist Mr. Haney to reapply and/or reactivate Medicaid and SNAP (food stamp) benefits. As Medicaid is paused during periods of incarceration, release from detention is required for Mr. Haney to participate in the recommended services and continue on the path to success. Mr. Haney will be able to access medical and dental services through Unity Health Care with his Medicaid coverage. This writer will assist Mr. Haney to schedule a physical examination at Unity Health Care within the first month of his release to address any medical needs and ensure ongoing preventative health maintenance.

**Conclusion**

Based on this writer's understanding of Mr. Haney's history and current clinical needs, the services outlined in this detailed community treatment plan will provide Mr. Haney with the therapeutic support he needs to maintain emotional and psychiatric stability while in the community setting. This writer, and the Office of Rehabilitation and Development, will continue to work directly with Mr. Haney, and in close collaboration with his outpatient treatment team, facilitating his transition into these recommended services and providing ongoing clinical support. As mentioned above, Mr. Haney will be supported by the aforementioned services, participating in case management and psychiatric services at least weekly with his mental health care provider, and around the clock substance abuse programming.

Mr. Haney will also be supervised by CSOSA and/or US Probation and understands that he needs to abide by all expectations set by this Court and his assigned CSO. This writer respectfully recommends that Mr. Haney be supervised by the Mental Health Unit, if possible. This unit is well-versed in dealing with supervisees with mental health diagnoses, and regularly collaborate with ORD and community providers to ensure supervisees remain in compliance with the most important matter, their mental health. It is this writer's clinical opinion that Mr. Haney's energy should be directed toward participating fully with his treatment plan, as this would be to both his and the community's benefit. There would be collaboration between this writer, Mr. Haney's assigned CSO, his care team at the ARC, and Mr. Haney's mental health

---

[5] This full-service center located on the grounds of the DC jail. See attached "Roadmap to Success."

case manager. Mr. Haney's days will be filled with productive activities setting him up for success in the community upon his release, should the Court so order.

Respectfully submitted.



Pamela Sheppard, LPC

**MHRS Services**

| **MHRS Service** | **MHRS Service Description** |
| --- | --- |
| Diagnostic/ Assessment | A Diagnostic/Assessment is an intensive clinical and functional evaluation of a Consumer's mental health condition that results in the issuance of a Diagnostic Assessment Report with recommendation for service delivery that provides the basis for the development of an Individualized Recovery Plan ("IRP") for adults or an Individualized Plan of Care ("IPC") for children and youth. A Diagnostic/Assessment shall determine whether the Consumer is appropriate for and can benefit from MHRS, based upon the Consumer's diagnosis, presenting problems and recovery goals. The Diagnostic/Assessment shall also evaluate the Consumer's level of readiness and motivation to engage in treatment. |
| Medication/<br>Somatic Treatment | Medication/Somatic Treatment services are medical interventions including: physical examinations; prescription, supervision or administration of mental health-related medications; monitoring and interpreting results of laboratory diagnostic procedures related to mental health-related medications; and medical interventions needed for effective mental health treatment provided as either an individual or group intervention. Medication/Somatic Treatment services include monitoring the side effects and interactions of medications and the adverse reactions a Consumer may experience, and providing education and direction for symptom and medication self-management. Group Medication/Somatic Treatment shall be therapeutic, educational and interactive with a strong emphasis on group member selection, facilitated therapeutic peer interaction and support. |
| Counseling | Counseling services are individual, group or family face-to-face services for symptom and behavior management; development, restoration or enhancement of adaptive behaviors and skills; and enhancement or maintenance of daily living skills. Adaptive behaviors and skills and daily living skills include those skills necessary to access community resources and support systems, interpersonal skills and restoration or enhancement of the family unit and/or support of the family. Mental health support and consultation services provided to Consumers' families are reimbursable only when such services and supports are directed exclusively to the well-being and benefit of the Consumer. |
| Community Support | Community Support services are rehabilitation supports considered essential to assist the Consumer in achieving rehabilitation and recovery goals. Community Support services focus on building and maintaining a therapeutic relationship with the Consumer. Community Support activities include:<br><br>1. Participation in the development and implementation of a Consumer's IRP/IPC and Community Support Individualized Service Specific Plan ("ISSP");<br><br>2. Assistance and support for the Consumer in stressor situations;<br><br>3. Mental health education, support and consultation to Consumers' families and/or their support system, which is directed exclusively to the well-being and benefit of the Consumer;<br><br>4. Individual mental health service and support intervention for the development of interpersonal and community coping skills, including adapting to home, school and work environments; |

| | |
|---|---|
| Community Support (cont.) | 5. Assisting the Consumer in symptom self-monitoring and self-management for the identification and minimization of the negative effects of psychiatric symptoms which interfere with the Consumer's daily living, financial management, personal development or school or work performance;<br><br>6. Assistance to the Consumer in increasing social support skills and networks that ameliorate life stresses resulting from the Consumer's mental illness or emotional disturbance and are necessary to enable and maintain the Consumer's independent living;<br><br>7. Developing strategies and supportive mental health interventions for avoiding out-of-home placement for adults, children and youth and building stronger family support skills and knowledge of the adult, child or youth's strengths and limitations; and<br><br>8. Developing mental health relapse prevention strategies and plans. |
| Crisis/<br>Emergency | Crisis/Emergency is a face-to-face or telephone immediate response to an emergency situation involving a Consumer with mental illness or emotional disturbance that is available twenty-four (24) hours per day, seven (7) days per week. Crisis/Emergency services are provided to Consumers involved in an active mental health crisis and consist of immediate response to evaluate and screen the presenting situation, assist in immediate crisis stabilization and resolution and ensure the Consumer's access to care at the appropriate level. Crisis/Emergency services may be delivered in natural settings and the Crisis/Emergency provider shall adjust its staffing to meet the requirements for immediate response. Each Crisis/Emergency provider shall obtain consultation, locate other services and resources, and provide written and oral information to assist the Consumer in obtaining follow-up services. Each Crisis/Emergency provider shall also be a DMH-certified provider of Diagnostic/Assessment or have an agreement with a Core Services Agency or a Core Services Agency's affiliated Sub provider to assure the provision of necessary hospital pre-admission screening. |
| Day Services | Day Services is a structured clinical program intended to develop skills and foster social role integration through a range of social, psycho educational, behavioral and cognitive mental health interventions. Day Services are rendered only in the setting of a DMH-certified Community Mental Health Rehabilitation Services Agency and are not eligible for reimbursement when provided in the home, community setting or residential facility of 16 beds or less. Day Services are curriculum-driven and psycho educational and assist the Consumer in the retention or restoration of community living, socialization and adaptive skills. Day Services include cognitive-behavioral interventions and diagnostic, psychiatric, rehabilitative, psychosocial, counseling and adjunctive treatment. Day Services are offered most often in group settings, and may be provided individually.<br>Day Services shall facilitate the development of a Consumer's independent living and social skills, including the ability to make decisions regarding: self-care, management of illness, life, and work and community participation. The services promote the use of resources to integrate the Consumer into the community.<br>Day Services shall be founded on the principles of Consumer choice and the active involvement of persons in their mental health recovery and provide both formal and informal structures through which Consumers can influence and shape service development.<br>Day Services shall include education on self-management of symptoms, medications and side effects; identification of rehabilitation preferences; setting rehabilitation goals; and skills teaching and development. |

| | |
|---|---|
| Intensive Day Treatment | Intensive Day Treatment is a structured, intensive and coordinated acute treatment program that serves as an alternative to acute inpatient treatment or as a step-down service from inpatient care, rendered by an inter-disciplinary team to provide stabilization of psychiatric impairments. Intensive Day Treatment services are rendered only in the setting of a DMH-certified Community Mental Health Rehabilitation Services Agency and are not eligible for reimbursement when provided in the home, community setting or residential facility of 16 beds or less. Intensive Day Treatment shall be time-limited and provided in an ambulatory setting for no less than five hours a day, seven days a week. Daily physician and nursing services are essential components of this service.<br>Intensive Day Treatment offers short-term, day programming consisting of therapeutically intensive, acute and active treatment. The Intensive Day Treatment provider shall provide services that closely resemble the intensity and comprehensiveness of inpatient services. Intensive Day Treatment shall include psychiatric, medical, nursing, social work, occupational therapy, medication and somatic treatment and psychology services focusing on timely crisis intervention and psychiatric stabilization so that Consumers can return to their normal daily lives. Intensive Day Treatment services shall only be provided to Consumers who are not at danger but have behavioral health issues that are incapacitating and interfering with their ability to carry out daily activities. Intensive Day Treatment services shall be provided within a structured program of care, which offers individualized, strengths-based, active and timely treatment directed toward the alleviation of the impairment, which caused the admission to Intensive Day Treatment. Intensive Day Treatment shall be an active treatment program that consists of documented mental health interventions that address the individualized needs of the Consumer, as identified in the IRP/IPC. Intensive Day Treatment services and interventions consist of structured individual and group activities and therapies that are planned and goal-oriented and provided under active psychiatric supervision. |
| Community-Based Intervention | Community-Based Intervention services are time-limited intensive mental health intervention services delivered to children, youth and adults and intended to prevent the utilization of an out-of-home therapeutic resource by the Consumer (i.e., psychiatric hospital or residential treatment facility). Community-Based Intervention is primarily focused on the development of Consumer skills and is delivered in the family setting in order for the Consumer to function in a family environment. These services are available twenty-four hours a day, seven days a week.<br>The basic goals of Community-Based Intervention services are to:<br><br>1. Diffuse the current situation to reduce the likelihood of a recurrence, which if not addressed could result in the use of more intensive therapeutic interventions;<br><br>2. Coordinate access to covered mental health services;<br><br>3. Provide mental health service and support interventions for Consumers that develop and improve the ability of parents, legal guardians or significant others to care for the person with mental illness or emotional disturbance.<br><br>Community-Based Intervention services shall be multi-faceted in nature and include situation management, environmental assessment, interventions to improve Consumer and family interaction, skills training, self and family management, and coordination and linkage with covered mental health rehabilitation services and supports and other covered Medicaid services in order to prevent the utilization of more restrictive residential treatment. Community-Based Intervention services shall be delivered primarily in |

| | |
|---|---|
| Community-Based Intervention (cont.) | natural settings and shall include in-home services. In-home services - regarding medications and behavior management skills; dealing with the responses of the Consumer, other caregivers and family members; and coordinating with other mental health rehabilitation treatment providers - include support and consultation to the Consumer's families and/or their support system, which is directed exclusively to the well-being and benefit of the Consumer. |

| | |
|---|---|
| Assertive Community Treatment (ACT) | Assertive Community Treatment (ACT) is an intensive, community based mobile clinical service for adults with serious and persistent mental illness who have histories of non compliance with traditional outpatient services. ACT services are provided to Consumers in accordance with the IRP/IPC with dedicated staff time and specific staff to Consumer ratios. Service coverage by the ACT Team is required twenty-four (24) hours per day, seven (7) days per week. The Consumer's ACT Team shall complete a comprehensive or supplemental assessment and develop a self care-oriented Individualized Service Specific Plan (ISSP) (if a current and effective one does not already exist).<br>Services offered by the ACT team shall include:<br><br>(1) Mental health-related medication prescription, administration and monitoring;<br><br>(2) Crisis assessment and intervention;<br><br>(3) Symptom assessment, management and individual supportive therapy;<br><br>(4) Substance abuse treatment for Consumers with a co-occurring addictive disorder;<br><br>(5) Psychosocial rehabilitation and skill development;<br><br>(6) Interpersonal social and interpersonal skill training; and<br><br>(7) Education, support and consultation to Consumers' families and/or their support system, which is directed exclusively to the well-being and benefit of the Consumer.<br><br>Assertive Community Treatment shall include a comprehensive and integrated set of medical and psychosocial services for the treatment of the Consumer's mental health condition that is provided in non-office settings by the Consumer's ACT Team. The ACT Team provides community support services that are interwoven with treatment and rehabilitative services and regularly scheduled team meetings. |




For more than 100 years, The Salvation Army has operated rehabilitation facilities across the country that provide help and hope to individuals with a variety of problems, including issues relating to substance abuse. Our charitable residential programs offer spiritual, emotional, and social assistance in an environment designed to help participants live healthy, fulfilling lives.

## Get help for yourself or a loved one:

Enter Zip Here Get Help Now

## Adult Rehabilitation Centers use a holistic approach to restoring hope

The Salvation Army Adult Rehabilitation Centers have served as beacons of hope to people seeking help for any number of social and life issues, including problems related to substance abuse. Our programs focus on the physical, emotional, and spiritual well-being of the people






The program is generally provided without charge to the participants once the Center staff has determined that the program can appropriately address the needs of the applicant (insurance is not necessary). Other minimum requirements include the following:

- Are adults ages 21-65.
- Pass a drug test and breathalyzer upon arrival.
- Able to perform a work therapy assignment for a maximum of eight hours a day. Schedules can be adjusted to meet the needs of the participants.
- Agree to participate in all program activities, including attending counseling sessions, classes and worship services.

**Requirements may vary based on location.*



## Lives restored and relationships repaired

The rehabilitation services at our Adult Rehabilitation Centers are examples of The Salvation Army's commitment to meeting human needs in Jesus's name without discrimination by helping individuals at the most difficult times in their lives to regain their dignity and independence.

The Adult Rehabilitation Centers have a proven track record of helping people move to independence by offering classes, counseling, spiritual care, and opportunities to aid the rehabilitation process by developing strong work habits.









## Each Year, We Help Equip People to:

### Overcome Social and Spiritual Problems, Including Substance Abuse

Through group and individual counseling sessions, spiritual direction, holistic work therapy, and life-skills development, program participants learn to overcome problems, including abandoning substance reliance.

### Build Work and Social Skills

The physical and spiritual components of the program equip participants with the tools to provide for themselves and others as they set and maintain sustainable employment goals.

### Regain Health and Stability

By developing a personal relationship with God as provided by Jesus Christ, many participants learn to depend on God for hope and relief.

### Restore Families

Many who have been rehabilitated are reunited with their families and able to resume healthy daily routines. Children get their parents back. People get their lives back.

### Serving All Without Discrimination





## Substance Abuse is a National Crisis

The national substance abuse crisis has only been exacerbated by the COVID pandemic. A recent survey found that in 2021, 46.3 million people aged 12 or older (or 16.5%) had a substance use disorder (SUD) in the past year, including 29.5 million who had an alcohol use disorder, 24.0 million who had a drug use disorder, and 7.3 million people who had both an alcohol use disorder and a drug use disorder.

The Salvation Army is committed at its Adult Rehabilitation Centers to restoring the lives and relationships of people who are dealing with social and spiritual problems, including substance abuse problems.

## Spread the Word

Alcoholism and substance abuse can affect anyone. Turn your passion into action. Share these facts with your friends and followers to educate and inspire change.



**More than 300 people die every day as a result of drug or alcohol overuse.**

Every day in America, 114 people die as a result of drug overdose, and 205 more die as a result of alcohol abuse.

When you donate your used goods to The Salvation Army, you help fund rehabilitation programs that assist substance abusers.

Donate now

Share

**Drug and alcohol use isn't always illegal.**

Nine million Americans misuse prescription drugs every year.

When you donate your used goods to The Salvation Army, you help fund rehabilitation programs that assist substance abusers

Donate now

Share

**Drug and alcohol-related problems cost us all.**

Costs related to abuse of tobacco, alcohol, and illegal drugs total over $700 billion annually, which is enough to pay every nurse's salary in America for the next nine years.

When you donate your used goods to The Salvation Army, you help fund rehabilitation programs that assist substance abusers.

Donate now

Share

Get Help Now

Why is work therapy part of The Salvation Army's ARC program? +

Do ARC participants know they will be participating in work therapy as part of their rehabilitation? +

How much of The Salvation Army ARC program is work therapy? +

Are people in The Salvation Army ARC program paid for their work? +

Do Salvation Army ARC program graduates go on to have/hold jobs? +

Do people in the ARC program have to pay The Salvation Army? +

How are the Thrift Stores connected to ARCs? +

## Harbor Light Center programs

Harbor Light Centers are located across the country and include inpatient and outpatient substance abuse treatment programs. To help clients overcome addiction, reestablish their lives, and return to the community, we also provide the following services:

### Intensive Rehabilitation Unit

Residential treatment for people who have gone through detox and need basic education and counseling to help change attitudes and behavior.

### Intensive Outpatient Program

Long-term care plans and ongoing treatment based on the severity of addiction. Through educational and counseling sessions, participants learn about addiction, triggers, and how to approach problems and adjust their lifestyles.

### Employment Services

Transitional job programs help participants with placement assistance, resume writing, interviewing skills, appropriate job behaviors, conflict resolution, and other workplace skills.

### Adolescent Substance Abuse Treatment

Evidence-based practices tailored for ages 13-17, with separate groups for girls and boys. A key component is pro-social recreational activities in our large community center.

### Anger Management


WE ARE WASHINGTON DC
The READY Center's Roadmap for Success
THE READY CENTER
Step 1
Outreach
READY Center engages with participants being released within 30 days to share information about available services.
Step 2
Screening for Service
Soon to be released participants will complete the READY Center interest cards and a screening is conducted to determine their interests and needs.
THE READY CENTER
Step 3
Engagement
Within 30 days of release, interest cards are used to identify interest and needs of participants. During this 30-day timeframe, the participant engagement with DC governmental partnering agencies is prioritized by release date.
Step 4
Linkage to Services
The READY Center team connects the qualified participants with the appropriate partnering agencies.
Here is what participants walk away with:
DBH linkage to behavioral health services
SNAP and Medicaid benefits through DHS
ID cards and driving record information regarding tickets through the DMV
Metro Card, gift cards for McDonald & Walmart
DOES and DBH referrals to programs and services with appointments reminder cards
Step 5
Follow-Up
Lastly, the READY Center will connect participants with MORCA and other DC governmental agencies and CBOs for on-going case management and support.
All READY Center participants will receive a one time visit between the hours of 9am to 5pm, Monday through Friday. After hour releases have until close of business the next business day to receive services.