UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-cr-359 (DLF) |
| : | |
| TRAVIS HANEY, : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, through the U.S. Attorney for the District of Columbia, and defendant, in response to the Court's August 22, 2025, minute order, jointly report as follows:

1) Defense counsel is in trial for most of October 2025 but the parties are available between October 21, 2025, through October 26, 2025 and October 28, 2025 through October 31st 2025.

2) The defendant consents for the hearing to be held before a magistrate judge.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ Shehzad Akhtar
Shehzad Akhtar
DC Bar No. 493635
Assistant United States Attorney
601 D Street NW
Washington, D.C. 20530

/s/ Carmen Hernandez
Carmen Hernandez, Esq.
Attorney for the Defendant